1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

SCOTT C. SMITH,

        Plaintiff,

   v.

CAROLINE HARDY, *et al.*,

        Defendants.

Case No. C06-5455 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

12

13

14

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

hereby find and ORDER:

15

16

17

18

    (1)     The Court adopts the Report and Recommendation;

    (2)     The motion for injunctive relief (Dkt. # 18) is **DENIED**; and

    (3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
           and to the Hon. Karen L. Strombom.

19

DATED this 6th day of February, 2007.

20

21

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

ORDER - 1