UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

    Plaintiff,

v.

CAROLINE HARDY, *et al.*,

    Defendants.

Case No. C06-5455 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's motion for summary judgment (Dkt. # 31) is **DENIED**;

    (3)    Defendants' cross-motion for summary judgment (Dkt. # 33) is **GRANTED**; and

    (4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 18th day of May, 2007.

                                RONALD B. LEIGHTON
                                UNITED STATES DISTRICT JUDGE

ORDER - 1