# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT C. SMITH

              Plaintiff,             JUDGMENT IN A CIVIL CASE

      v.

CAROLINE HARDY, et al.,,           CASE NUMBER: C06-5455RBL/KLS

              Defendants,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Plaintiff's motion for summary judgment (Dkt. #31) is DENIED.

Defendant's cross-motion for summary judgment (Dkt. #33) is GRANTED.


    May 21, 2007                                                     BRUCE RIFKIN
                                                                           Clerk

                                                                  /s/ Pat LeFrois
                                                                   Deputy Clerk