# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT C. SMITH

       v.

CAROLINE HARDY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5455RBL\KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.     Plaintiff's claims against Defendants are **dismissed with prejudice**.

 

April 27, 2009                                     BRUCE RIFKIN
                                                                           Clerk

                                                              Jennie L. Patton
                                                                    Deputy Clerk